PETER O. EISENLORD, Appellant v. MAGGIE DILLENBACK, as Administratrix, etc., et al., Respondents.

79b 617
a165 40

(Argued November 18, 1879; decided November 25, 1879.)

REPORTED below, 15 Hun, 23.

J. H. Cook for appellant.

N. C. Moak for respondents.

AGREE to affirm on opinion below.
All concur, except CHURCH, Ch. J., and RAPALLO J., dissenting, being for reversal on the ground that the indorse-

ment of past due paper creates an absolute liability ; but it is conceded that the current of authorities is to the effect that in such a case a demand within a reasonable time is necessary.

Judgment affirmed.